# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **AZURE NETWORKS, LLC,** *et al.*, § | | |
| § | | |
| *Plaintiffs*, § | Civil Action No. 6:12-CV-252-MHS | |
| § | | |
| v. § | JURY TRIAL DEMANDED | |
| § | | |
| **MEDIATEK INC.,** § | (LEAD CASE) | |
| § | | |
| *Defendant*. § | | |
| **AZURE NETWORKS, LLC,** *et al.*, § | | |
| § | | |
| *Plaintiffs*, § | Civil Action No. 6:12-CV-750-MHS | |
| § | | |
| v. § | JURY TRIAL DEMANDED | |
| § | | |
| **VIZIO, INC.,** § | (CONSOLIDATED CASE) | |
| § | | |
| *Defendant*. § | | |

## ORDER

The Joint Motion filed by Plaintiffs Azure Networks, LLC and Tri-County Excelsior Foundation and Defendant VIZIO, Inc. ("VIZIO") to Dismiss Claims and Counterclaims Without Prejudice under Fed. R. Civ. P. 41(a)(2) and (c) (Doc. No. 194) shall be, and hereby is GRANTED. All claims and counterclaims asserted by and between Plaintiffs and VIZIO in this action are hereby DISMISSED WITHOUT PREJUDICE.

Plaintiffs and VIZIO will each bear their own costs, expenses and legal fees.

**It is SO ORDERED.**

SIGNED this 10th day of June, 2013.

*/s/ Michael Schneider*
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE